

# Fourth Court of Appeals
## San Antonio, Texas

March 11, 2020

No. 04-19-00860-CV

**IN RE VILORE FOODS COMPANY, Inc.**

Original Mandamus Proceeding[1]

**ORDER**

On December 12, 2019, Relator Vilore Foods Company, Inc. filed a petition for writ of mandamus. The Real Party in Interest responded, and the Relator replied. Having reviewed the petition, response, and reply, we conclude Relator is entitled to the relief requested. Accordingly, the petition for writ of mandamus is CONDITIONALLY GRANTED. *See* TEX. R. APP. P. 52.8(c).

We order the Honorable Joe Lopez to (1) vacate his October 2, 2019 order denying Vilore Foods Company, Inc.'s plea to the jurisdiction and (2) render an order granting Vilore Foods Company, Inc.'s plea to the jurisdiction which dismisses Catalina Castillo's cause for want of jurisdiction.

The writ will issue only if the trial court fails to comply with this order within fifteen days from the date of this opinion and order.

It is so **ORDERED** on March 11, 2020.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of March, 2020.

_____
Michael A. Cruz, Clerk of Court

---

[1] This proceeding arises out of Cause No. 2019CVF00316 D1, styled *Catalina Castillo v. Vilore Foods Co., Inc. and Raymundo Bretano*, pending in the 49th Judicial District Court, Webb County, Texas, the Honorable Joe Lopez presiding.